STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
ASEEM PADUKONE (CABN 298812)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/6401/7369
    Fax: (415) 436-7234
    Email: andrew.scoble@usdoj.gov
    Email: aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0280 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 14, 2022 THROUGH NOVEMBER 9, 2022; AND ORDER |
| v. | |
| ROGELIO BELLOSO ALEMAN, et al., | |
| Defendants. | |

    It is hereby stipulated by and between counsel for the United States and counsel for all defendants that time be excluded under the Speedy Trial Act from September 14, 2022 through November 9, 2022.

    The parties appeared before the district court for a status conference on September 14, 2022. The hearing took place in-person and all but one of the defendants were present. At the end of the hearing, the Court set another in-person status conference with all of the defendants and their counsel on November 9, 2022, at 10:00 a.m. and requested that the parties submit a proposed order regarding the exclusion of time under the Speedy Trial Act.

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR
19-0280 RS                                                                                               v. 7/10/2018

    Because the discovery process is ongoing, the government and counsel for the defendants agree that time should be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery, drafting pre-trial motions, and making arrangements to consult with their clients. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). For these reasons and as further stated on the record during court appearances, the parties stipulate and agree that time should be excluded under the Speedy Trial Act through November 9, 2022.

    The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants listed below to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED: September 29, 2022

/s/
ANDREW M. SCOBLE
ASEEM PADUKONE
Assistant United States Attorneys

DATED: September 29, 2022

/s/
GEORGE BOISSEAU
Counsel for Rogelio Belloso Aleman

DATED: September 29, 2022

/s/
KENNETH WINE
Counsel for Kenneth Campos

DATED: September 29, 2022

/s/
MARTHA BOERSCH
Counsel for Abner Marroquin Alegria

DATED: September 29, 2022

/s/
ROBERT WAGGENER
Counsel for Kevin Reyes Melendez

DATED: September 29, 2022

/s/
ADAM GASNER
Counsel for Elmer Rodriguez

DATED:  September 29, 2022  　　　　　　/s/  
　　　　　　　　　　　　　　　　　　MARK VERMEULEN  
　　　　　　　　　　　　　　　　　　Counsel for Kevin Ramirez Valencia

DATED:  September 29, 2022  　　　　　　/s/  
　　　　　　　　　　　　　　　　　　DENA YOUNG  
　　　　　　　　　　　　　　　　　　Counsel for Kevin Guatemala Zepeda

# ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from September 14, 2022 through November 9, 2022 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

The Court concludes that the ends of justice served by excluding the time from September 14, 2022 through November 9, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, with the consent of all parties, IT IS HEREBY ORDERED that the time from September 14, 2022 through November 9, 2022 shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B)(iv), for all defendants.

IT IS SO ORDERED.

DATED: September 29, 2022

HON. RICHARD SEEBORG
Chief United States District Judge